UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID PEREZ-ALVAREZ, | |
| Petitioner, | 2:12-cv-02088-JCM-GWF |
| vs. | **ORDER** |
| UNITED STATES OF AMERICA, *et al.*, | |
| Respondents. | |

Petitioner, who is represented by counsel, has filed a habeas corpus petition. Respondents have filed a motion to dismiss the petition as moot. (ECF No. 17). Petitioner has filed a motion for an extension of time in which to file a response to the motion to dismiss. (ECF No. 18). Petitioner seeks a 21-day enlargement of time, up to and including March 1, 2013, to file a response. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file a response to the motion to dismiss (ECF No. 18) is **GRANTED.** Petitioner's response shall be filed on or before **March 1, 2013.**

Dated February 6, 2013.

_____
UNITED STATES DISTRICT JUDGE