# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAVID PEREZ-ALVAREZ,  )
                     )
     Petitioner,     )     2:12-cv-02088-JCM-GWF
                     )
vs.                  )     **ORDER**
                     )
UNITED STATES OF AMERICA, *et al.*, )
                     )
     Respondents.    )
_____/

Petitioner, who is represented by counsel, has filed a habeas corpus petition. Respondents have filed a motion to dismiss the petition as moot. (ECF No. 17). Petitioner has filed a response to the motion to dismiss. (ECF No. 20). Respondents have filed an unopposed motion for an extension of time to file a reply. (ECF No. 21). Respondents seek a 21-day enlargement of time, up to and including April 1, 2013, to file a reply. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file a response to the motion to dismiss (ECF No. 21) is **GRANTED.** Respondents' reply shall be filed on or before **April 1, 2013.**

Dated this 15th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE