**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVID PEREZ-ALVAREZ,

    Petitioner,      2:12-cv-02088-JCM-GWF

vs.      **ORDER**

UNITED STATES OF AMERICA, *et al.*,

    Respondents.

Petitioner, who is represented by counsel, has filed a habeas corpus petition.  Respondents have filed a motion to dismiss the petition as moot.  (ECF No. 17).  Petitioner has filed a response to the motion to dismiss.  (ECF No. 20).  Respondents have filed an unopposed motion for a second extension of time to file a reply.  (ECF No. 23).  Respondents seek a 14-day enlargement of time, up to and including April 15, 2013, to file a reply.  Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for a second extension of time to file a reply to the motion to dismiss (ECF No. 23) is **GRANTED.**  Respondents' reply shall be filed on or before **April 15, 2013.**

Dated this  3rd  day of April, 2013.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE