# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID PEREZ-ALVAREZ, | |
| Petitioner, | 2:12-cv-02088-JCM-GWF |
| vs. | **ORDER** |
| UNITED STATES OF AMERICA, *et al.*, | |
| Respondents. | |

Petitioner, who is represented by counsel, has filed a habeas corpus petition. Respondents have filed a motion to dismiss the petition as moot. (ECF No. 17). Petitioner has filed a response to the motion to dismiss. (ECF No. 20). Respondents have filed an unopposed motion for a second extension of time to file a reply. (ECF No. 23). Respondents seek a 14-day enlargement of time, up to and including April 15, 2013, to file a reply. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for a second extension of time to file a reply to the motion to dismiss (ECF No. 23) is **GRANTED.** Respondents' reply shall be filed on or before **April 15, 2013.**

Dated this  3rd  day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE